IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN CADMUS, | : | |
| | : | 1:12-cv-2335 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

## July 11, 2013

1. The Report and Recommendation (Doc. 14) of Chief Magistrate Judge Martin C. Carlson is **ADOPTED** in its entirety.[1]

2. Respondent's Motion to Dismiss (Doc. 12) is **GRANTED** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** without prejudice to Petitioner requesting leave from the Court of Appeals for the Third Circuit to pursue a second and successive federal habeas petition.[2]

---

[1] No objections were filed the Magistrate Judge's Report and Recommendation.

[2] Because this is the Petitioner's second federal habeas petition, it is clear that his pathway to relief does not lie with this Court in the first instance. Rather, "[t]he Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub. L. No. 104-132, 110 Stat. 1214 (1996), places the federal courts of appeals in the role of 'gate-keeper,' charging them with the

1

3. The Clerk of Court shall **CLOSE** the file on this case.

                                                   s/ John E. Jones III
                                                   John E. Jones III
                                                   United States District Judge

---

responsibility of 'preventing the repeated filings of habeas petitions that attack the prisoner's underlying conviction [or sentence]." *Leal Garcia v. Quarterman*, 573 F. 3d 214, 220 (5th Cir. 2009); *Blystone v. Horn*, 664 F. 3d 397, 311 (3d Cir. 2011).